B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>GAC Storage El Monte, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>20-4943160 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>8350 West Sahara Ave., Suite 210<br>Las Vegas, NV        ZIP Code 89117 | Street Address of Joint Debtor (No. and Street, City, and State):        ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Clark | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP Code | Mailing Address of Joint Debtor (if different from street address):        ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 11310 Stewart Street<br>El Monte, CA 91731 |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Case 11-42638    Doc 1    Filed 10/20/11    Entered 10/20/11 16:21:50    Desc Main
Document      Page 2 of 13

B1 (Official Form 1)(4/10)                                                                                            Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | GAC Storage El Monte, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)            Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> GAC Storage El Monte, LLC |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney\*** <br> X  *[signed]  Gordon E. Gouveia* <br> Signature of Attorney for Debtor(s) <br><br> Gordon E. Gouveia <br> Printed Name of Attorney for Debtor(s) <br><br> Shaw Gussis Fishman Glantz Wolfson <br> Firm Name <br> 321 N Clark Street, Suite 800 <br> Chicago, IL 60610 <br> Address <br><br> (312) 666-2842  Fax: (312) 275-0567 <br> Telephone Number <br> *October 20, 2011* <br> Date <br><br> \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X  *[signed]* <br> Signature of Authorized Individual <br> Noam Schwartz <br> Printed Name of Authorized Individual <br> Treas., EBM Mgmt Servs. Inc., Mgr of both Members of Debtor <br> Title of Authorized Individual <br> *October 20, 2011* <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

In re    GAC Storage El Monte, LLC                                    ,    Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| GAC Storage Copley Place, LLC<br>Northern District of Illinois | 11-40953<br>Affiliate | 10/07/11<br>Jacqueline P. Cox |
| GAC Storage Lansing, LLC<br>Northern District of Illinois | 11-40944<br>Affiliate | 10/07/11<br>Jacqueline P. Cox |

CERTIFICATION OF VOTES

GAC STORAGE EL MONTE, LLC

ACTIONS TAKEN BY UNANIMOUS WRITTEN CONSENT OF THE MEMBERS OF GAC STORAGE EL MONTE, LLC, WITHOUT MEETING
OCTOBER 20, 2011

GAC Storage, LLC and GAC Storage El Monte Holding Company, LLC (the "Members"), being the only members of GAC Storage El Monte, LLC ("El Monte"), hereby resolve as follows on October 20, 2011:

| | |
|---|---|
| VOTED: | That, in the judgment of the Members, it is desirable and in the best interests of El Monte, its creditors, and other interested parties that El Monte file a voluntary petition for reorganization (the "Petition") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"); and further |
| VOTED: | That El Monte shall be, and it hereby is, authorized, directed, and empowered (i) to file the Petition, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and further |
| VOTED: | That the Members and the Manager of El Monte (the "Manager") each be, and they hereby are, authorized, directed and empowered, on behalf of and in the name of El Monte, (i) to execute and verify the Petition as well as all other ancillary documents, and to cause the Petition to be filed in a United States Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify, and file, or cause to be filed, all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and further |
| VOTED: | That El Monte be, and it hereby is, authorized to retain the law firms of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as its general bankruptcy counsel, as well as the law firm of Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC ("Shaw Gussis") as its local bankruptcy counsel, in connection with the chapter 11 case, and to pay BSSN and Shaw Gussis retainers in the amounts reasonably requested by BSSN and Shaw Gussis and agreed to by the Members and additional fees at BSSN's and Shaw Gussis's standard hourly rates for their services, and to reimburse BSSN and Shaw Gussis for any actual expenses incurred by BSSN and Shaw Gussis in connection with its representation of El Monte; and further |

VOTED: That, without limiting the foregoing, the Members and the Manager each be, and they hereby are, authorized, directed, and empowered, from time to time, in the name and on behalf of El Monte, and subject to these resolutions, to take such further actions and execute and deliver such certificates, instruments, guaranties, notices, and documents as may be required or as the Members or the Managers may deem necessary, advisable or proper to carry out and perform the obligations of El Monte under the Bankruptcy Code, all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Members or the Manager shall approve, the performance or execution thereof to be conclusive evidence of the approval thereof by the Members or the Manager and by El Monte; and further

VOTED: That all actions heretofore taken by the Members or the Manager in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified, and approved in all respects.

Dated this 20th day of October, 2011.

By its Members:

**GAC Storage, LLC**
By: EBM Management Services, Inc., its Manager
By: _____
    Noam Schwartz, Treasurer, Secretary & Director

**GAC Storage El Monte Holding Company, LLC**
By: EBM Management Services, Inc., its Manager
By: _____
    Noam Schwartz, Treasurer, Secretary & Director

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   GAC Storage El Monte, LLC                          Case No.
                              Debtor(s)                    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Americana Payroll<br>2713 E. Russell Road<br>Las Vegas, NV 89120 | Americana Payroll<br>2713 E. Russell Road<br>Las Vegas, NV 89120 | Service | Unliquidated | 1,000.00 |
| Associated Supply Company<br>P.O. Box 94497<br>Las Vegas, NV 89193-4497 | Associated Supply Company<br>P.O. Box 94497<br>Las Vegas, NV 89193-4497 | Supplier | Unliquidated | 408.00 |
| AT & T Payment Center<br>Sacramento, CA 95887-0001 | AT & T Payment Center<br>Sacramento, CA 95887-0001 | Utility | Unliquidated | 439.32 |
| CBS Outdoor<br>P.O. Box 33074<br>Newark, NJ 07188-0074 | CBS Outdoor<br>P.O. Box 33074<br>Newark, NJ 07188-0074 | Service | Unliquidated | 1,300.00 |
| CDS Moving Equipment<br>375 West Manville Street<br>Compton, CA 90220 | CDS Moving Equipment<br>375 West Manville Street<br>Compton, CA 90220 | Supplier | Unliquidated | 393.52 |
| City of El Monte - Water Department<br>Attn: Jeni<br>11333 Valley Blvd.<br>El Monte, CA 91731 | City of El Monte - Water Department<br>Attn: Jeni<br>11333 Valley Blvd.<br>El Monte, CA 91731 | Utility | Unliquidated | 2,890.00 |
| Clear Channel Outdoor<br>File #30005<br>P.O. Box 60000<br>San Francisco, CA 94160-0001 | Clear Channel Outdoor<br>File #30005<br>P.O. Box 60000<br>San Francisco, CA 94160-0001 | Service | Unliquidated | 4,500.00 |
| County of Los Angeles Dept<br>PO Box 514818<br>Los Angeles, CA 90051-4818 | County of Los Angeles Dept<br>PO Box 514818<br>Los Angeles, CA 90051-4818 | | | 1,034.24 |
| DEX AT & T Real Yellow Pages<br>P.O. Box 9001401<br>Louisville, KY 40290 | DEX AT & T Real Yellow Pages<br>P.O. Box 9001401<br>Louisville, KY 40290 | Service | Unliquidated | 1,017.04 |
| Insurance Co. of the West<br>PO Box 85563<br>San Diego, CA 92186-5566 | Insurance Co. of the West<br>PO Box 85563<br>San Diego, CA 92186-5566 | | | 383.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  GAC Storage El Monte, LLC  
       Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Navarro Landscape & Pest Control<br>359 West Road<br>La Habra, CA 90631 | Navarro Landscape & Pest Control<br>359 West Road<br>La Habra, CA 90631 | | | 450.00 |
| Red Truck Fire and Safety<br>4790 Irvine Blvd., Ste 101-110<br>Irvine, CA 92620 | Red Truck Fire and Safety<br>4790 Irvine Blvd., Ste 101-110<br>Irvine, CA 92620 | Service | Unliquidated | 1,300.00 |
| Sitelink: SMD Software, Inc.<br>3000 Highwoods Blvd #120<br>Raleigh, NC 27604 | Sitelink: SMD Software, Inc.<br>3000 Highwoods Blvd #120<br>Raleigh, NC 27604 | Service | Unliquidated | 600.00 |
| Southern California Edison<br>P.O. Box 600<br>Rosemead, CA 91771-0001 | Southern California Edison<br>P.O. Box 600<br>Rosemead, CA 91771-0001 | Utility | Unliquidated | 3,188.01 |
| Staples Dept LA<br>P.O. Box 83689<br>Chicago, IL 60696-3689 | Staples Dept LA<br>P.O. Box 83689<br>Chicago, IL 60696-3689 | Supplier | Unliquidated | 309.24 |
| ThyssenKrupp Elevator<br>P.O. Box 933013<br>Atlanta, GA 31193-3013 | ThyssenKrupp Elevator<br>P.O. Box 933013<br>Atlanta, GA 31193-3013 | Service | Unliquidated | 2,320.98 |
| Trigild, Inc.<br>William J. Hoffman, Receiver<br>12707 High Bluff Dr. #300<br>San Diego, CA 92130 | William J. Hoffman or Chris Gibson<br>Trigild, Inc.<br>12707 High Bluff Dr. #300<br>San Diego, CA 92130<br>858/ 720-6780 | Receivership | Unliquidated | 10,421.25 |
| Vi Trac, Inc.<br>758 N. Glassell Street<br>Orange, CA 92867 | Vi Trac, Inc.<br>758 N. Glassell Street<br>Orange, CA 92867 | | | 390.00 |
| Wachovia Commercial Loan Services<br>P.O. Box 60503<br>City of Industry, CA 91716-0503 | Wachovia Commercial Loan Services<br>P.O. Box 60503<br>City of Industry, CA 91716-0503 | | | 12,384,626.03<br><br>(0.00 secured) |
| Yellow Book - Pacific<br>P.O. Box 3162<br>Cedar Rapids, IA 52406-3162 | Yellow Book - Pacific<br>P.O. Box 3162<br>Cedar Rapids, IA 52406-3162 | Service | Unliquidated | 1,234.21 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  GAC Storage El Monte, LLC  
                                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Treas., EBM Mgmt Servs. Inc., Mgr of both Members of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 20, 2011

Signature  /s/ Noam Schwartz  
Noam Schwartz  
Treas., EBM Mgmt Servs. Inc., Mgr of both Members of Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**Northern District of Illinois**

In re    GAC Storage El Monte, LLC                                  Case No.
                                    Debtor(s)                       Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    31

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    October 20, 2011                    /s/ Noam Schwartz
                                             Noam Schwartz/Treas., EBM Mgmt Servs. Inc., Mgr of both Members of Debtor
                                             Signer/Title

.

ACN, Inc.
10624 S Eastern Ave
#A-294
Henderson, NV 89052


American Reclamation, Inc.
4560 Doran Street
Los Angeles, CA 90039-1006


Americana Payroll
2713 E. Russell Road
Las Vegas, NV 89120


Associated Supply Company
P.O. Box 94497
Las Vegas, NV 89193-4497


AT & T Payment Center
Sacramento, CA 95887-0001


CBS Outdoor
P.O. Box 33074
Newark, NJ 07188-0074


CDS Moving Equipment
375 West Manville Street
Compton, CA 90220


Chateau Products, Inc.
1820 47th Terrace East
Bradenton, FL 34203


City of El Monte - Water Department
Attn: Jeni
11333 Valley Blvd.
El Monte, CA 91731


Clear Channel Outdoor
File #30005
P.O. Box 60000
San Francisco, CA 94160-0001

County of Los Angeles Dept
PO Box 514818
Los Angeles, CA 90051-4818


DEX AT & T Real Yellow Pages
P.O. Box 9001401
Louisville, KY 40290


Eileen Ann Reading
Washington Avenue Whittier
Whittier, CA 90601


Insurance Co. of the West
PO Box 85563
San Diego, CA 92186-5566


Navarro Landscape & Pest Control
359 West Road
La Habra, CA 90631


Rapid Color
6295 HarrisonDriver #29
Las Vegas, NV 89120


Red Truck Fire and Safety
4790 Irvine Blvd., Ste 101-110
Irvine, CA 92620


Ruben G. Rivas
522 N. Michigan Ave.
Pasadena, CA 91106


Sitelink: SMD Software, Inc.
3000 Highwoods Blvd #120
Raleigh, NC 27604


Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001


Sparkletts
PO Box 660579
Dallas, TX 75266-0579

```
Staples Dept LA
P.O. Box 83689
Chicago, IL 60696-3689


ThyssenKrupp Elevator
P.O. Box 933013
Atlanta, GA 31193-3013


Time Warner Cable
15255 Salt Lake Ave.
P.O. Box 60074
City of Industry, CA 91716-0074


Trigild, Inc.
William J. Hoffman, Receiver
12707 High Bluff Dr. #300
San Diego, CA 92130


US Storage Serach
10840 Old Mill Road Suite 300
Omaha, NE 68154


Vi Trac, Inc.
758 N. Glassell Street
Orange, CA 92867


Wachovia Commercial Loan Services
P.O. Box 60503
City of Industry, CA 91716-0503


Wells Fargo Bank, NA
420 Montgomery Street
San Francisco, CA 94104


Wells Fargo Bank, NA
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414


Yellow Book - Pacific
P.O. Box 3162
Cedar Rapids, IA 52406-3162
```